

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2018

No. 04-17-00438-CR

Arthur **WHITLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8583
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. The reply brief is due on April 19, 2018.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court